IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

November 22, 2016

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Juan & Juanita Cruz
Chapter 13 Bankruptcy Case No. 1-11-04118

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

JUAN CINTRON
821 BROADWAY
HANOVER PA 17331-2016

The Creditor's <u>previous</u> address was as follows:

JUAN CINTRON
511 BULLET WAY
ABBOTTSTOWN PA 17301-9604

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm