**IMBLUM LAW OFFICES, P.C.**

4615 DERRY STREET
HARRISBURG, PA 17111

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

November 22, 2016

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Juan & Juanita Cruz
Chapter 13 Bankruptcy Case No. 1-11-04118

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

SANTANDER
1601 ELM STREET STE 800
DALLAS TX 75201-7260

The Creditor's <u>previous</u> address was as follows:

SANTANDER
8585 N STEMMONS FW
SUITE 1100 N
DALLAS TX 75247-3822

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm