```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                  Case No. 11-04118-RNO
Juan N. Cruz                                                            Chapter 13
Juanita Cruz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Dec 16, 2016
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
db/jdb         +Juan N. Cruz,   Juanita Cruz,   18 Katelyn Drive,   New Oxford, PA 17350-6100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Joint Debtor Juanita  Cruz gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor Juan N. Cruz gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS,
               INC., SOLELY IN ITS CAPACITY AS SERVICER bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    HSBC Mortgage Services ecfmail@mwc-law.com
              Linda Arlene Michler    on behalf of Creditor    Branch Banking and Trust Company
               Linda.Michler@Michlerlaw.com,    Dhamilton@michlerlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JUAN N. CRUZ : CASE NO. 1-11-04118-RNO
aka JUAN CRUZ-NEGRON :
JUANITA CRUZ :
aka JUANITA P. CRUZ :
        Debtors : CHAPTER 13

ORDER OF COURT
PERMITTING FINAL APPLICATION OF ATTORNEY FOR CHAPTER
13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Final Application of Attorney for Chapter 13 Debtors for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $2,887.25 for fees and $34.27 for costs, for a net amount due of $2,921.52 for the time period of November 27, 2013 through October 21, 2016.

Debtors' counsel agrees that the Chapter 13 Trustee need only pay the portion of the approved Attorney's fees and costs which will not result in the plan being underfunded. As to the remaining Attorneys fees and costs approved by this order, said fees will be paid directly by Debtors once the bankruptcy is discharged and not through the Chapter 13 Trustee. Debtors' counsel will offer Debtors a reasonable payment plan for payment of same.

By the Court,

_Robert N. Opel II_ (signature)
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: December 15, 2016