```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                            Case No. 11-04118-RNO
Juan N. Cruz                                                      Chapter 13
Juanita Cruz
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: REshelman        Page 1 of 1        Date Rcvd: Dec 19, 2016
                     Form ID: fnldec       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.
db/jdb      +Juan N. Cruz,   Juanita Cruz,   18 Katelyn Drive,   New Oxford, PA 17350-6100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:
        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Gary J Imblum   on behalf of Debtor Juan N. Cruz gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
        Gary J Imblum   on behalf of Joint Debtor Juanita  Cruz gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
        Joshua I Goldman   on behalf of Creditor   LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Kevin T McQuail   on behalf of Creditor   HSBC Mortgage Services ecfmail@mwc-law.com
        Linda Arlene Michler   on behalf of Creditor   Branch Banking and Trust Company Linda.Michler@Michlerlaw.com,  Dhamilton@michlerlaw.com
        Thomas I Puleo   on behalf of Creditor   LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER tpuleo@goldbecklaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 8

**fnldec** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Juan N. Cruz  
aka Juan Cruz−Negron  
18 Katelyn Drive  
New Oxford, PA 17350

Chapter 13  
Case No. 1:11−bk−04118−RNO

Juanita Cruz  
aka Juanita P. Cruz  
18 Katelyn Drive  
New Oxford, PA 17350

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−6562  
xxx−xx−5556

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 19, 2016

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: REshelman, Deputy Clerk